Sokol, Behot & Fiorenzo, Esqs.
Susan B. Burns, Esq. (7870)
433 Hackensack Avenue
12th Floor
Hackensack, NJ 07601
201-488-1300 (Tel.)
201-488-2460 (Fax)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| OVERLAND LEASING GROUP, LLC,<br><br>        **Plaintiff,**<br><br>        -against-<br><br>FIRST FINANCIAL CORPORATE SERVICES, INC.; FORTRAN GROUP INTERNATIONAL, INC.; F.F.C. SERVICES, INC.; GEORGE R. FUNARO & CO., P.C.; KMA ASSOCIATES; DINESH DALMIA; RADHA DALMIA; IGTL SOLUTIONS (USA), INC.; VANGUARD INFO-SOLUTIONS CORPORATION; GREG L. RHODES; THOMAS TURRIN & CO., CPA, P.C.; and JOHN DOES I THROUGH IX,<br><br>        **Defendants.** | **Civil Action No. 06-5850 (SDW)**<br><br><br>**STIPULATION OF DISMISSAL AS TO DEFENDANT FIRST FINANCIAL CORPORATE SERVICES, INC. _ONLY_ WITH PREJUDICE** |
| GEORGE R. FUNARO & CO., P.C.,<br><br>        **Third-Party Plaintiff,**<br><br>        -against-<br><br>SANJEET ANAND and JOHN DOES I through X,<br><br>        **Third-Party Defendants.** | |

This matter having been amicably resolved between Plaintiff and Defendant, First Financial Corporate Services, Inc., it is hereby stipulated by counsel for Plaintiff, Overland Leasing Group, LLC, and counsel for Defendant, First Financial Corporate Services, Inc., that the above-captioned action is

dismissed with prejudice and without costs or fees as to Defendant, First Financial Corporate Services, Inc. **only**.

This Stipulation does not prejudice any of the parties' rights to seek enforcement of a Settlement Agreement by and between the parties dated June 12, 2008.

| | |
|---|---|
| Bressler Amery & Ross<br>Attorneys for Plaintiff, Overland<br>Leasing Group, LLC | Sokol, Behot & Fiorenzo<br>Attorneys for Defendant, First<br>Financial Corporate Services, Inc. |
| By: _David H. Pikus, Esq._ | By: _Susan B. Burns, Esq._ |

Dated: March 9, 2010

So Ordered
this _14th_ day of _April 2010_

Susan D. Wigenton, U.S.D.J.

2